JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JARROD GORDON,                    )        NO.  EDCV  20-2679-RGK (AGR)
                                  )
              Plaintiff,          )
                                  )        JUDGMENT
       v.                         )
                                  )
STEPHAINE SIRLS, et al.,          )
                                  )
              Defendant.          )
                                  )

       Pursuant to the Order of Dismissal,

       IT IS ADJUDGED that judgment is entered for Defendants and this action is

dismissed.

DATED: 8/5/2022
                                  _____
                                  R. GARY KLAUSNER
                                  United States District Judge